IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALVIN DEJUAN AIKENS,                                          PETITIONER
ADC #160951

V.                    CASE NO. 5:17-CV-288-JM-BD

WENDY KELLEY, Director,
Arkansas Department of Correction                             RESPONDENT

## ORDER

The Court has carefully reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Mr. Aikens's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Petitioner Alvin Aikens's petition for writ of habeas corpus (docket entry #2) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 19th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE